IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| DARION RICHARD THREE IRONS | Violation: 18 U.S.C. §§ 113(a)(6) and 1153 |

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about May 11, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DARION RICHARD THREE IRONS,

an Indian, assaulted J.A.R., which resulted in serious bodily injury to J.A.R.;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

                      A TRUE BILL:

                      /s/ Foreperson_____
                      Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

SLS/th